IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                               ORDER

               Plaintiff,

                                             07-CR-0052-C

      v.

FREDERICK G. KRIEMELMEYER,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Defendant's motion for a continuance of his sentencing date is GRANTED. Sentencing will take place on November 19, 2007 at 1:00 p.m.

     Entered this 12th day of October, 2007.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge